INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 4/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

# UNITED STATES DISTRICT COURT
## for the
## Southern District of Indiana

*U.S. DISTRICT COURT*
*INDIANAPOLIS DIVISION*
*2019 AUG -8 PM 1:31*
*SOUTHERN DISTRICT*
*OF INDIANA*
*LAURA A. BRIGGS*
*CLERK*

**Joe Clinard**

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

**Bishopp's Hardware, Inc; Rebecaa Bishopp**

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

**1:19-cv-3365 JMS -TAB**

## COMPLAINT FOR A CIVIL CASE

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 4/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Joe Clinard |
| Street Address | 2941 Hearthside Dr. |
| City and County | Greenwood, Johnson |
| State and Zip Code | Indiana, 46143 |
| Telephone Number | 317-749-1470 |
| E-mail Address | veteranstaffing@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Bishopp's Hardware INC |
| Job or Title *(if known)* | |
| Street Address | registered agent- 111 W Mechanics Street |
| City and County | Shelbyville , Shelby |
| State and Zip Code | Indiana, 46176 |
| Telephone Number | 812-372-5899 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Rebecca Bishopp |
| Job or Title *(if known)* | Incorporater/ Owner |
| Street Address | 111 West Mechanics Street |
| City and County | Shelbyville, Shelby |
| State and Zip Code | Indiana, 46176 |
| Telephone Number | |
| E-mail Address *(if known)* | |

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 4/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

Defendant No. 3
 Name _____
 Job or Title *(if known)* _____
 Street Address _____
 City and County _____
 State and Zip Code _____
 Telephone Number _____
 E-mail Address *(if known)* _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*
 [✓] Federal question  [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

29 USC Chapter 8, sections 207, 211, 215, 218b
29 USC Chapter 15
26 USC section 3402, 3403

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

 a. If the plaintiff is an individual:
  The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____, OR is a citizen of *(foreign nation)* _____.

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 4/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

    b.    If the plaintiff is a corporation:

The plaintiff, *(name)* _____, in incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual:

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____, OR is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation:

The defendant, *(name)* _____, in incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 4/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Clinard was an employee of Bishopp's Hardware from September 2016 through June 2019. After an injury in April of 2018, Clinard was removed from the official payroll, and instead received hand written checks in order to evade workers compensation and OSHA regulations. This was done under the direct supervision and under the guidance of Rebecca Bishopp. No report was made. During this time, Clinard regularly worked without assistance for 50-60 hours per week. Clinard did not receive overtime pay during this period. Clinard was again severely injured in January of 2019, this time requiring multiple surgeries. After initially denying that Clinard was even employed at Bishopp's Hardware, a workers compensation settlement was reached in June 2019. Bishopp's representation refused to address the overtime matter at this time. —cont

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Clinard prays that the Court will grant the following: $11,250.00 in unpaid regular wages, $6499.99 in unpaid overtime wages, $17,749.99 in liquidated damages specifically authorized under 29 U.S. Code §□216, and all Court costs and fees associated with this action. Clinard also requests that this Court impose any penalties or fines they see fit, noting Bishopp's willful and knowing violation of US Statute while considering their specific steps to evade regulations.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/7/19

Signature of Plaintiff

Printed Name of Plaintiff: Joe Clinard

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 4/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

**B.    For Attorneys**

Date of signing: _____

Signature of Attorney        _____
Printed Name of Attorney     _____
Bar Number                   _____
Name of Law Firm             _____
Street Address               _____
State and Zip Code           _____
Telephone Number             _____
E-mail Address               _____

III. Statement if Claim (continued)

During negotiations, it was also revealed that no taxes had been withheld from Clinard's pay between April 2018 and January 2019, and no official record of time worked, injuries sustained or the like existed in violation of FLSA or OSHA record keeping standards. Bishopp's legal representation during the workers compensation hearing has specifically stated that they do not represent Bishopp's in this labor dispute.

Clinard has made every good faith effort to resolve this matter outside of a Judicial setting, including discussing the matter with Bishopp's previous counsel, directly contacting Rebecca Bishopp, and directly contacting Bishopp's Hardware, INC, but no response has been received. ⎯⎯⎯⎯⎯⎯

