UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOE CLINARD | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:19-cv-03365-JMS-TAB |
| | ) |
| BISHOPP'S HARDWARE, INC., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE**

This matter came before the Court on the parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice. The Court, having reviewed the Motion and accompanying Settlement Agreement, hereby GRANTS the Motion. It is therefore ORDERED that:

1. The parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice is **GRANTED.**

2. The settlement reached by the parties represents a fair and equitable resolution of this action, reasonably resolves *bona fide* disagreements between the parties regarding the merits of their respective claims and defenses, and demonstrates a good faith intention by the parties that Plaintiff's claims be fully and finally resolved and not re-litigated in whole or in part at any point in the future.

3. The settlement reached by the parties is approved by this Court.

4. Pursuant to the terms of the parties' Settlement Agreement, Plaintiff's claims in this action are dismissed with prejudice.

5. Each side shall bear their own attorneys' fees and costs, as provided in the Settlement Agreement.

6. The Court now ORDERS this matter closed.

IT IS SO ORDERED.

Date: 10/16/2019

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

(via the Court's ECF system)

Joseph C. Pettygrove
jpettygrove@kgrlaw.com

Jason T. Mizzell
jmizzell@kgrlaw.com

(via U.S. Mail)

Joe Clinard
2941 Hearthside Drive
Greenwood, Indiana 46143